# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 7 |
| Bayou Steel BD Holdings, L.L.C., | : Case No.: 19−12153−KBO |
| Debtor. | : |
| George L. Miller | : |
| Plaintiff, | : **MEDIATION STATUS REPORT** |
| v. | : |
| Xpress Recycling, Inc., | : Adv. Proc. No.: 21−50236−KBO |
| Defendant. | : |

  In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

  _____  Mediation sessions are scheduled to occur on _____

  _____  A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  __X__  OTHER: Parties are negotiating with the mediator. The mediation will be rescheduled within 15 days if a settlement is not reached.

Dated: September 7, 2021    */s/ Ian Connor Bifferato*
                Ian Connor Bifferato (DE #3273)
                The Bifferato Firm P.A.
                1007 N. Orange Street, 4th Floor
                Wilmington, DE  19801